# United States Court of Appeals
## For the First Circuit

No. 01-2617

UNITED STATES,

Appellee,

v.

HAROLD EVANS-GARCIA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 19, 2003 is amended as follows:

Page 5, lines 8-10, replace "On October 5, 2001, the court sentenced Evans-García to two consecutive terms of life imprisonment pursuant to 18 U.S.C. § 924(c)(3)" with "On October 5, 2001, the court sentenced Evans-García to one term of life imprisonment pursuant to 18 U.S.C. § 2119(3) and to five years' imprisonment pursuant to 18 U.S.C. § 924(c)(3) to be served consecutively with each other."